UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN METTEER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R4 SOLUTIONS INC., a<br>California corporation,<br>and DOES I-X,<br><br>　　　　Defendants. | Case No: 3:24-cv-00589-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff, DUSTIN METTEER ("Plaintiff") and Defendant, R4 SOLUTIONS, INC. ("Defendant"), hereby agree and stipulate to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss. Plaintiff's current deadline to file a response is April 14, 2025. The parties have agreed to allow Plaintiff up to and including **April 28, 2025**, in which to file his response.

　　　　The parties agree to the extension to permit Plaintiff time to respond to Defendant's Motion to Dismiss due to work-related scheduling conflicts for Plaintiff's counsel.

///

///

///

///

1

This is the first request to extend the deadline set to respond to the Motion to Dismiss and is made in good faith and not for purposes for delay.

**IT IS SO STIPULATED.**

Dated: April 9, 2025.                                                                 Dated: April 9, 2025.

 _/s/Kendra J. Jepsen_                                                     _/s/Alice Campos Mercado_
KENDRA J. JEPSEN, ESQ.                                        ALICE CAMPOS MERCADO, ESQ.
Nevada State Bar No.:14065                                      Nevada State Bar No.:4555
405 Marsh Ave.                                                              6005 Plumas Street, Third Floor
Reno, Nevada 89509                                                     Reno, Nevada 89519
*Attorney for Plaintiff*                                                       *Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: April 10, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2