# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN METTEER,<br><br>       Plaintiff,<br><br>   vs.<br><br>R4 SOLUTIONS, INC., a California corporation, and DOES I-X,<br><br>       Defendants. | Case No. 3:24-cv-00589-ART-CSD<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS<br><br>(FIRST REQUEST) |

**IT IS STIPULATED** between Defendant, R4 SOLUTIONS, INC., and Plaintiff, DUSTIN METTEER, through their respective counsel, that the time for Defendant to file its Reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction and/or for Failure to State a Claim upon Which Relief May be Granted may be extended from its current deadline of May 5, 2025 to May 19, 2025.

This stipulation is sought due to in-office and out-of-town scheduling conflicts. This is the first request to extend the deadline to file the Reply in support of the Motion to Dismiss; it is sought in good faith and not for purposes for delay.

Dated: May 2, 2025.

 /s/ Kendra J. Jepsen
KENDRA J. JEPSEN (SBN 14065)
*Attorney for Plaintiff*

Dated: May 2, 2025.

 /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO (SBN 4555)
*Attorney for Defendant*

DATED this 5th day of May, 2025.

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1