# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN METTEER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>R4 SOLUTIONS, INC., a California corporation, and DOES I-X,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00589-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** between Plaintiff, DUSTIN METTEER, and Defendant R4 SOLUTIONS, INC., by and through their respective counsel, that the above-entitled action may be dismissed in its entirety with prejudice, the parties to bear their respective costs and attorneys' fees.

Dated: September 24th, 2025.

JEPSEN LAW, PLLC

By: /s/ Kendra J. Jepsen
　　KENDRA J. JEPSEN
　　*Attorney for Plaintiff*

Dated: September 24th, 2025.

LEMONS, GRUNDY & EISENBERG

By: /s/ Alice Campos Mercado
　　ALICE CAMPOS MERCADO
　　*Attorney for Defendant*

///
///
///
///

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

1

## ORDER

IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety with prejudice, the parties to bear their respective costs and attorneys' fees.

DATED: September 26, 2025

_____
Anne R. Traum
United States District Judge

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

2